# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

JEFFREY STRAZZERE                              CIVIL ACTION NO. 25-1064-P

VERSUS                                         JUDGE DONALD E. WALTER

BOSSIER CITY POLICE                            MAGISTRATE JUDGE HORNSBY
DEPARTMENT, ET AL.

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5th day of January, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE